UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                    :
VENETIAN ISLANDS LLC,                                               :
                                                                    :
                               Plaintiff,                           :
                                                                    :
             -v-                                                    :                24 Civ. 1074 (JPC)
                                                                    :
2276HAMPDENPL LLC and                                               :                ORDER
BETTY WRIGHT-WELLS,                                                 :
                                                                    :
                               Defendants.                          :
                                                                    :
--------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        During the telephone conference on March 7, 2025, the Court directed Plaintiff to file a

status letter no later than March 21, 2025.  Plaintiff failed to file the requested letter.  Plaintiff shall

file the requested status letter by March 26, 2025.

        SO ORDERED.

Dated: March 24, 2025
       New York, New York                        _____
                                                          JOHN P. CRONAN
                                                       United States District Judge